Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 FEB 22   PM 4: 32

DEPUTY CLERK **MS**

**3- 23 CV 0 4 1 0 - E**

|  |  |
|---|---|
| Mercedes Lewis | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)*  ☑ Yes   ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **-v-** | |
| EQUIFAX | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mercedes Lewis |
| Address | 611 Lemons St |

| | | |
|---|---|---|
| Cedar Hill | TX | 75104 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dallas |
| Telephone Number | 972-330-6576 |
| E-Mail Address | cedeslewis@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | EQUIFAX |
| Job or Title *(if known)* | |
| Address | P.O Box 740241 |

| | | |
|---|---|---|
| Atlanta | GA | 30374 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Atlanta |
| Telephone Number | 888-378-4329 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐  Federal officials (a *Bivens* claim)

    ☐  State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In Dallas TX with the Credit Bureau Experian  defendant in this case knowingly and illegally reporting my Credit Report incorrectly

B.    What date and approximate time did the events giving rise to your claim(s) occur?

February  1st 2022

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Experian committed illegal acts against me and my Credit Report by illegally reporting incorrectly and fraudulently on my credit information incorrectly and maliciously even after plaintiff gave a clear warning via Statute of Limitations Violations Affidavit that the defendant was violating before initiating the lawsuit. (See Exhibit A)
And my certified mail proofs sent to defendant before filing this lawsuit and they purposely Reported this on my Credit anyways. (See Exhibit B)
 The Laws Equifax violated are the Consumer Credit Protect Act section 616, USC title 15 Section 1681, USC Title 15 section 1681s-2, and s-2(b) The Consumer Credit Protection Act Title VI - Public Law 91-508 - United States Statutes at Large 84 stat 1127-1136 USC title 15 section 1681(i)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

This has impacted my life in a major way, I've been looking to buy a house for myself and was told due to this being on my credit I was denied.  I've now been forced to move back in with parents with a pet that in allergic to and have been getting sick s and been forced to pay for medicine for it.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

For the list of fraudulent violations I want the defendant to compensate me the equal amount in the Debt illegally showing and being reported by Defendant which is $75,000.00 based on the credit reporting violations. of the Consumer Credit Protect Act section 616. Items that should be removed but still on there now.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City                          State          Zip Code

Telephone Number _____

E-mail Address _____

Print        Save As...        Add Attachment        Reset

Exhibit A

Name: Mercedes Lewis
Address: 13505 Inwood Rd. #1313
County: Dallas        State Republic: Texas        [Zip]: 75244

TransUnion Customer Relations
P.O. Box 1000
Chester PA 19022
Cc: Equifax, Experian

Please forward to Your Legal Department

This Notice & Affidavit Concerns Removal of Debts from My Credit File Pursuant to:
 The Consumer Credit Protection Act Title VI
Public Law 91-508
United States Statutes at Large 84 stat 1127-1136 – Title 15 of the United States Code
Greetings

This letter is from __Mercedes Lewis__. My identification [Government Issued ID] and social security card are attached.

I am writing to have items removed from my credit report that are being unlawfully reported..
 The Items are
**#1 Account # XXXXX0606 Sallie Mae**
**#2 Account # 546616XXXX  CITI/CBNA**
**#3 Account # XXXXX6062 American Honda Finance**
**#4 Account # XXXX7074,XXXX5274,XXXX5174, XXXX5074 U.S DEPARTMENT OF EDU AFSA**
**#5 Account # XXXX7552 COMENITYBANK/VICTORIASSECRET**

**Additional**
        **Accounts**_____
        _____
        _____
        _____
        _____

The Attached Affidavit provides the lawful and legal basis. If you fail to remove these items then I will proceed to suit on this Credit Bureau for Violation of the attached laws and notify the Federal Trade Commission  and any agents or parties affiliated with the illegal reporting of this information on my credit files also bears responsibility and will be sued.

Once you have removed the items please forward a conformation to:

Name: __Mercedes Lewis__

Address ___13505 Inwood Rd. #1313____
County:___Dallas_____ State Republic___Texas_____ ZIP [__75244____]

# AFFIDAVIT

## Affidavit of Official Debt Dispute

### By AFFIDAVIT OF

Name:___Mercedes Lewis_____ – Living Being

Private Social Security Trust File number ____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____

### PURPOSE OF AFFIDAVIT:

The components of this affidavit are to alert Equifax, Trans-union and Experian Consumer Credit Reporting Agencies of the unlawful posting of debts to my credit files pursuant to The Consumer Credit Protection Act Title VI - Public Law 91-508 - United States Statutes at Large 84 stat 1127-1136 & –The Fair Debt Collection Practices Act USC Title 15 section 1692, and the Fair Credit Reporting Act USC Title 15 section 1681.

I ___Mercedes Lewis_____ am of the age of maturity to make this affidavit and the facts herein

- I __Mercedes Lewis__ am mentally competent to make this Official Affidavit of Facts for the Record
- I __Mercedes Lewis_____ have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit within 30 days or it will stand as undisputed fact as a matter of law

"I __Mercedes Lewis_____ declare under penalty of perjury under the laws of the laws United States of America that the foregoing is true and correct.

[Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

### AFFIDAVITOF FACTS

Statements Made under Penalty of Perjury – Must be answered By Counter-affidavit with Affiant having Personal knowledge of the Facts therein with Documentary Evidence

1. I __Mercedes Lewis___ after a close investigation of the debts you have listed on your credit reporting files acknowledge through this affidavit that the debts are being illegally posted. Your accounts & Numbers listed as:

#1 Account # XXXXX0606 Sallie Mae_____
#2Account# 546616  CITI/CBNA_____
#3 Account # XXXXX6062 American Honda Finance
#4.  Account #XXXX7074,XXXX5274,XXXX5174, XXXX5074 U.S DEPARTMENT OF EDU AFSA
#5 Account # XXXX7552 COMENITYBANK/VICTORIASSECRET
Additional_____
_____

---

---

---

2. Pursuant to section 605 (Obsolete Information) of the Consumer Credit Protection Act Item numbers 1-5 above, & additional accounts listed as Adverse Accounts, Collection Accounts, etc… and being alleged debts that exceed the federal and state statute of limitations old violate section 605 (a) (4) of the Consumer Credit Protection Act as it states specifically, (a)…No consumer reporting agency may make any consumer report containing any of the following items for information: (4)" Accounts placed for collections which antedate the report by more than 7 years

3. As it is clear that the above accounts antedate the report by (age of alleged The federal and state statute of limitations and the law makes no exceptions for this type of debt then it must be erased immediately by the consumer-reporting agency.

4. If it/you (consumer reporting agency) refuse it/you will be subject to section 616 of this same act (Civil Liability for willful noncompliance which states , "Any consumer reporting agency or user of information which willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of (1) any actual damages sustained by the consumer as a result of the failure, (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorneys fees as determined by the court.

5. **Item number _____ an alleged judgment specifically Account #**

---

---

---

   **_exceed both state statute of limitations in and the above listed limitations on Suits and judgments of section 605 (a) (2) Obsolete Information and must be removed.**

6. Credit Reporting agencies have the lawful duty to notify the alleged creditors  of this dispute according to USC 15 section 1681 (i), "**(2) Prompt notice of dispute to furnisher of information (A) In general** Before the **_expiration of the 5-business-day period beginning_** on the date on which a consumer reporting agency receives notice of a dispute from any consumer or a reseller in accordance with paragraph (1), the agency shall provide notification of the dispute to any person who provided any item of information in dispute, at the address and in the manner established with the person. **_The notice shall include all relevant information regarding the dispute that the agency has received from the consumer or reseller_**.

7. This matter has been disputed and after CREDIT REPORTING AGENCIES take the required action of notifying the other parties listed herein I am demanding that this inaccurate information be removed pursuant to USC title 15 Section 1681 s-2 which states," USC Title 15 section 1681s-2 Responsibilities of furnishers of information to consumer reporting agencies

**a) Duty of furnishers of information to provide accurate information**

**(1) Prohibition**

**(A) Reporting information with actual knowledge of errors**

A person shall not furnish any information relating to a consumer to any consumer-reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

**(B) Reporting information after notice and confirmation of errors**

A person shall not furnish information relating to a consumer to any consumer reporting agency if—

**(i)** the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and

**(ii)** the information is, in fact, inaccurate.

8. CREDIT REPORTING AGENCIES are also liable to the law under the Fair Credit Reporting Act USC Title 15 section 1681 (i) and cannot report a debt that is inaccurate or disputed lawfully. The law states at USC 15 section 1681 (i), "**(a) Reinvestigations of disputed information**

**(1) Reinvestigation required**

**(A) In general**

Subject to subsection (f) of this section, if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

**(B) Extension of period to reinvestigate**

Except as provided in subparagraph (C), the 30-day period described in subparagraph (A) may be extended for not more than 15 additional days if the consumer reporting agency receives information from the consumer during that 30-day period that is relevant to the reinvestigation.

**(C) Limitations on extension of period to reinvestigate**

Subparagraph (B) shall not apply to any reinvestigation in which, during the 30-day period described in subparagraph (A), the information that is the subject of the reinvestigation is found to be inaccurate or incomplete or the consumer reporting agency determines that the information cannot be verified.

# Demand for Remedy.

**I demand that the following unlawful unverifiable fraudulent claims made be permanently erased from my Credit file:**

**#1 Account# XXXXX0606 Sallie Mae**

**#2Account# 546616  CITI/CBNA**

**#3 Account# XXXXX6062 American Honda Finance**

**#4.  Account # XXXX7074,XXXX5274,XXXX5174, XXXX5074 U.S DEPARTMENT OF EDU AFSA**

**#5 Account # XXXX7552 COMENITYBANK/VICTORIASSECRET**

**Additional Accounts _____**

1) I am mentally competent to make these statements of fact and I do recognize right from wrong. If the statements herein damage anyone, if he/she/or they will inform me by facts in affidavit form  I will sincerely make every effort to amend my declaration to suit the truth and facts made. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that will controvert and overcome this affidavit advise me in written affidavit form within 30 days from certified receipt of this document providing me with your counter affidavit demonstrating with particularity by stating all requisite actual evidentiary facts and all requisite actual law and not merely undetailed irrelevant facts or inconclusive irrelevant facts of law. If the counter affidavit is substantially and materially false and made in order to attempt to change my authenticated status and declarations of fact by assumption, falsification of the record, and general unlawful and illegal actions, the counter affidavit will stand as unfounded and may be subject to *penalty of perjury*. Your silence stands as consent and as implied and tacit approval of the factual declarations herein being established as fact as a matter of law.

I Name:___Mercedes Lewis___ declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

[Made pursuant to  the Constitution for the United States of America all laws in pursuance thereof and Title 28USCA Section 1746]

Exhibit B

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To    Equifox

Street and Apt. No., or PO Box No.    P.O. Box 740.241

City, State, ZIP+4®    Atlanta GA 30374

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instruction

7020 0640 0001 4895 9845
7020 0640 0001 4895 9845

CERTIFIED MAIL

Mercedes Lewis
13505 Inwood Rd #1313
Dallas TX 75234

  

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 70200640000148959845

 Copy     Add to Informed Delivery

## Latest Update

Your item has been delivered and is available at a PO Box at 6:13 am on February 1, 2022 in ATLANTA, GA 30348.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, PO Box**

ATLANTA, GA 30348
February 1, 2022, 6:13 am

See All Tracking History

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Mercedes Lewis

## DEFENDANTS

Equifax

**(b)** County of Residence of First Listed Plaintiff    Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Atlanta
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
FEB 22 2023
MS

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [X] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [X] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consumer Credit Protection Section 616, USC title 15 Section 1681/168/5-2

Brief description of cause:
Equifax has failed to remove incorrect items off of Credit Report after notice of violation

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    [ ] Yes    [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____